AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2024

SEAN F. McAVOY, CLERK

TORIE H.,

)
)
_____
*Plaintiff* )
v. )     Civil Action No.   1:24-cv-03072-EFS
MARTIN O'MALLEY, Commissioner of Social Security, )
)
_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Commissioner's Motion to Remand, ECF No. 14, is GRANTED.
Plaintiff's brief, ECF No. 11, is TERMINATED.
The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social
Security for payment of benefits.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge        Edward F. Shea _____ on a motion to
Remand.

Date:  10/22/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lee Reams
_____
*(By) Deputy Clerk*

Lee Reams
_____